1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10    JAVIAD AKHTAR,

11              Plaintiff,                    No. CIV S-09-2733 GGH P

12        vs.

13    J. MESA, et al.,

14              Defendants.                   ORDER

15    _____/

16              Plaintiff has requested an extension of time to file an amended complaint pursuant

17    to the court's order of February 22, 2010.

18              IT IS HEREBY ORDERED that:

19              1.  Plaintiff's March 15, 2010 motion for an extension of time (Docket No. 8) is

20    granted; and

21              2.  Plaintiff is granted until April 22, 2010, to file an amended complaint.

22    DATED: March 24, 2010

23                                            /s/ Gregory G. Hollows
                                              _____
24                                            GREGORY G. HOLLOWS
                                              UNITED STATES MAGISTRATE JUDGE
25
      GGH:009/md
26    akht2733.36