IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAVIAD AKHTAR,

      Plaintiff,                      No. CIV S-09-2733 GGH P

     vs.

J. MESA, et al.,

      Defendants.          ORDER

_____/

        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

        On October 6, 2010, the court ordered the United States Marshal to serve the amended complaint on defendants. Process directed to defendant S. Tumar was returned unserved because "No address per CDC locator." Plaintiff must provide additional information to serve these defendants. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

/////

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with an instruction sheet and a copy of the amended complaint filed May 12, 2010;

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form for each defendant;

    b. Two copies of the endorsed amended complaint filed May 12, 2010; and

    c. One completed summons form (if not previously provided)

or show good cause why he cannot provide such information.

DATED: October 20, 2010

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/md
akht2733.8e

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAVIAD AKHTAR,

        Plaintiff,                  No. CIV S-09-2733 GGH P

    vs.

J. MESA, et al.,                      NOTICE OF SUBMISSION

        Defendants.             OF DOCUMENTS

_____/

       Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      _____     completed summons form

      __1__     completed USM-285 form

      __2__     copies of the __May 12, 2010__
                                       Amended Complaint

DATED:

                                                  Plaintiff