Carter C. White, CSB # 164149
UC Davis Civil Rights Clinic
One Shields Avenue, Bldg. TB-30
Davis, CA 95616
(530) 752-5440
(530) 752-5788
ccwhite@ucdavis.edu

Counsel for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAVIAD AKHTAR,**<br><br>        Plaintiff,<br><br>vs.<br><br>**J. MESA, et al.,**<br><br>        Defendants | No.  2:09-CV-2733-FCD-GGH-P<br><br>**STIPULATION AND ORDER RESETTING HEARING ON PLAINTIFF'S MOTION TO ALTER OR AMEND JUDGMENT** |

Pursuant to Local Rule 143 and 144, the parties stipulate that the time for hearing on the Plaintiff's motion to alter or amend judgment (Doc. 33), be changed so that the hearing will be held on June 24, 2011, at 10:00 a.m.

Good cause exists for an order extending the time for this hearing.  After the hearing on this motion was scheduled, counsel for the Plaintiff, Mr. White, inadvertently made non-refundable airplane reservations for the morning of June 10, 2011.  The flight leaves out of Sacramento at 10:30 a.m. and conflicts with the scheduled hearing.  The parties agree to reset the hearing until this Court's next available calendar on June 24, 2011, but that the time for the filing

1

of Plaintiff's reply will not be changed, so that the reply is due to be filed on or before June 3, 2011.

The parties ask that the stipulation be entered as an order of the Court.

Signed this 31st day of May, 2011

*/S/ Carter C. White*

_____
Carter C. White
Supervising Attorney
King Hall Civil Rights Clinic
Attorney for Plaintiff

Signed this 31st day of May, 2011

*/S/ Richard B. Price*

_____
Richard B. Price
Deputy Attorney General
Attorney for Defendants

IT IS SO ORDERED.  The hearing on Plaintiff's Motion to Alter or Amend Judgment is hereby reset for Friday, June 24, 2011, at 10:00 a.m.

Dated:  May 31, 2011

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE