UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**JAVIAD AKHTAR,**

        Plaintiff,

vs.

**J. MESA, et al.,**

        Defendants

No.  2:09-CV-2733-MCE-AC-P

**[PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFF TO AMEND COMPLAINT**

The Court, having considered the stipulation of the parties, does hereby

ORDER that the time for Plaintiff to file a Second Amended Complaint is hereby extended until on or before January 16, 2013, and Defendants' response to the second amended complaint will be due thirty days after the time for filing a second amended complaint has expired.

DATED: January 2, 2013.

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Akht2733.ext