UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAVIAD AKHTAR,** | ) No. 2:09-CV-2733-MCE-AC-P )  |
| Plaintiff, | ) **[PROPOSED] ORDER EXTENDING** |
| vs. | ) **TIME FOR PLAINTIFF TO AMEND** ) **COMPLAINT** ) |
| **J. MESA, et al.,** | ) ) |
| Defendants | ) ) |

The Court, having considered the stipulation of the parties, does hereby

ORDER that the time for Plaintiff to file a Second Amended Complaint is hereby extended until on or before January 23, 2013, and Defendants' response to the second amended complaint will be due thirty days after the time for filing a second amended complaint has expired.

DATED: January 15, 2013.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1