UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIAD AKHTAR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. MESA, et al.,<br><br>　　　　Defendants. | No.  2:09-cv-2733 MCE AC P<br><br><br>ORDER SETTING STATUS CONFERENCE |

　　　　Pursuant to the provisions of Federal Rule of Civil Procedure 16 and Local Rule 240, IT IS HEREBY ORDERED that:

　　　　1.  A Status (Pretrial scheduling) Conference is set for Wednesday, August 7, 2013, at 10:00 a.m. in Courtroom # 26 before the undersigned.

　　　　2.  The parties are required to submit a joint status report to the court by July 31, 2013, briefly setting out their views on the following matters:

　　　　　　a.  Service of process;

　　　　　　b.  Possible joinder of additional parties;

　　　　　　c.  Any expected or desired amendment of the pleadings;

　　　　　　d.  Jurisdiction and venue;

　　　　　　e.  Anticipated motions and the scheduling thereof;

　　　　　　f.  Anticipated discovery and the scheduling thereof;

　　　　　　g.  Future proceedings, including setting appropriate cutoff dates for discovery and law

and motion and the scheduling of a pretrial conference and trial and anticipated length of trial;

    h.  Modification of standard pretrial procedures specified by the rules due to the relative simplicity or complexity of the action or proceedings;

    i.  Whether this matter is to be tried before this court or the district court.  See 28 U.S.C. § 636(c);

    j.  Whether the parties will stipulate to the trial judge acting as settlement judge and waiving any disqualifications by virtue of his so acting, or whether they prefer to have a Settlement Conference before another judge;

    k.  Any other matters that may add to the just and expeditious disposition of this matter.

    3.  Counsel are reminded of their continuing duty to notify chambers immediately of any settlement or other disposition (see Local Rule 160).

DATED: July 12, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

AC:009
akht2733..40.aty

2