1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  CHRISTOPHER J. BECKER, State Bar No. 230529
   Supervising Deputy Attorney General
3  DIANA ESQUIVEL, State Bar No. 202954
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 445-4928
6   Facsimile: (916) 324-5205
    E-mail: Diana.Esquivel@doj.ca.gov
7
   *Attorneys for Defendants Mesa and Turner*
8

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JAVIAD AKHTAR,**<br><br>Plaintiff,<br><br>v.<br><br>**J. MESA, et al.,**<br><br>Defendants. | No. 2:09-cv-2733 MCE-AC<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE HEARING ON STATUS/PRETRIAL SCHEDULING CONFERENCE**<br><br>Status Conference:  August 7, 2013<br>Time:              10:00 a.m.<br>Courtroom:         26<br>Judge:             Allison Claire |

The parties, by and through their attorneys of record, agree to continue the hearing of the status/pretrial scheduling conference set for August 7, 2013, before the Honorable Allison Claire. Good cause exists to continue the hearing because defense counsel expects to be in trial on August 7. Defense counsel will start trial on August 5 and 12 in the matters of *Fields v. Junious* (E.D. Cal. No. 1:09-cv-1771 DLB) and *Coston-Moore v. Medina* (E.D. Cal. No. 1:06-cv-1183 RC), respectively. The Court has confirmed the trial dates, and both cases are expected to take two to three days to try.

To avoid the possible unavailability of defense counsel for August 7, defense counsel requests, and Plaintiff's attorney agrees, that the status conference be continued to August 28, 2013, at 10 a.m.

Dated: July 24, 2013                          Respectfully submitted,

                                                           KAMALA D. HARRIS
                                                           Attorney General of California
                                                           CHRISTOPHER J. BECKER
                                                           Supervising Deputy Attorney General

                                                           */s/ Diana Esquivel*

                                                           DIANA ESQUIVEL
                                                           Deputy Attorney General
                                                           *Attorneys for Defendants*

Dated: July 24, 2013                          U.C. DAVIS CIVIL RIGHTS CLINIC

                                                           */s/ Carter C. White*

                                                           CARTER C. WHITE
                                                           Supervising Attorney
                                                           *Attorneys for Plaintiff*

SA2010303253
31740846.doc

## ORDER

Based on the parties' stipulation and good cause appearing, the hearing on the status/pretrial scheduling conference set for August 7, 2013, is continued to August 28, 2013, at 10:00 a.m. in Courtroom No. 26, before the undersigned.

IT IS SO ORDERED.

Dated: July 25, 2013

                                                         _____
                                                           ALLISON CLAIRE
                                                           UNITED STATES MAGISTRATE JUDGE

Stipulation to Continue Hearing on Status/Pretrial Conference  (2:09-cv-2733 MCE-AC)