1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                         EASTERN DISTRICT OF CALIFORNIA

9

Javiad Akhtar,                              )  Case No: 2:09-cv-02733 MCE AC P
                                            )
10                    Plaintiff,            )  [PROPOSED] ORDER SUBSTITUTING
                                            )  LARRY WARD JR., ROBERT WARD, AND
11          vs.                             )  CHERIE WARD FOR DOE ONE,
                                            )  SUCCESSOR IN INTEREST TO
12   J. Mesa, et al.,                       )  DEFENDANT LARRY WARD, SR.
                                            )
13                    Defendants.           )
                                            )
14   _____       )

15          Pursuant to the Court's order of June 20, 2013 (ECF No. 71), plaintiff filed a Notice of

16   Substitution identifying Larry Ward Jr., Robert Ward, and Cherie Ward as the successors in

17   interest to deceased defendant Larry Ward Sr.

18          Accordingly, IT IS ORDERED that:

19          Larry Ward Jr., Robert Ward and Cherie Ward are hereby substituted for defendant "Doe

20   One, Successor-in-Interest to Larry Ward Sr."

21   Dated:  July 29, 2013

22                                          _allison Clarie_____

23                                          ____
                                            ALLISON CLAIRE
24                                          UNITED STATES MAGISTRATE JUDGE