UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Javiad Akhtar, </br></br>         Plaintiff, </br></br>     vs. </br></br> J. Mesa, et al., </br></br>         Defendants. | Case No: 2:09-cv-02733 MCE AC P </br></br> [~~PROPOSED~~] ORDER SUBSTITUTING LARRY WARD JR., ROBERT WARD, AND CHERIE WARD FOR DOE ONE, SUCCESSOR IN INTEREST TO DEFENDANT LARRY WARD, SR. |

Pursuant to the Court's order of June 20, 2013 (ECF No. 71), plaintiff filed a Notice of Substitution identifying Larry Ward Jr., Robert Ward, and Cherie Ward as the successors in interest to deceased defendant Larry Ward Sr.

Accordingly, IT IS ORDERED that:

Larry Ward Jr., Robert Ward and Cherie Ward are hereby substituted for defendant "Doe One, Successor-in-Interest to Larry Ward Sr."

Dated: July 29, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE