UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIAD AKHTAR,<br><br>    Plaintiff,<br><br>  v.<br><br>J. MESA, et al.,<br><br>    Defendant. | No.  2:09-cv-2733 MCE AC P<br><br><br>ORDER |

   Before the court is the parties' July 30, 2013 joint status report.  ECF No. 80. Upon consideration of the status report on file in this action, and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

   1.  Initial disclosures under Fed. R. Civ. P. 26(a)(1) shall be completed by September 27, 2013.

   2.  The deadline for joinder of additional parties is November 27, 2013.

   3.  The parties shall conclude fact discovery and any motions to compel related to non-expert discovery must be filed by January 8, 2014 and noticed to be heard, in accordance with L.R. 230(b), by February 5, 2014.

   4.  The parties shall make expert witness disclosures by no later than January 31, 2014.

   5.  Supplemental/rebuttal expert witness reports are due by February 24, 2014, in accordance with Fed. R. Civ. P. 26(e)(1).

6. Expert discovery shall be completed, and any motions pertaining to expert discovery shall be filed by March 26, 2014 and noticed to be heard no later than April 23, 2014.

7. Dispositive motions shall be filed no later than May 28, 2014 and noticed to be heard by no later than June 25, 2014.

8. A settlement conference will be set as appropriate.

9. Final pretrial conference is set for July 10, 2014 at 2:00 p.m., and jury trial is set for September 8, 2014 at 9:00 a.m., both before Judge Morrison C. England, Jr., in Coutroom #7.

10. The status conference before the undersigned, set for August 28, 2013, is hereby VACATED.

DATED: August 26, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

AC:009
akht2733.dso