UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIAD AKHTAR,<br><br>        Plaintiff,<br><br>   v.<br><br>J. MESA, et al.,<br><br>        Defendants. | No. 2:09-cv-2733-MCE-AC P<br><br><br>ORDER |

    The court, having considered both plaintiff's ex parte request to strike defendant's late-filed opposition to the pending motion for leave to amend the complaint and defendants' response thereto, DENIES the request to strike.

    Plaintiff's alternative and expressly unopposed request to continue the hearing on plaintiff's motion for leave to amend until April 2, 2014 is GRANTED.

    IT IS SO ORDERED.

DATED: March 12, 2014

                                              _____<br>
                                              ALLISON CLAIRE<br>
                                              UNITED STATES MAGISTRATE JUDGE