UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIAD AKHTAR, | No. 2:09-cv-2733 MCE AC P |
| Plaintiff, | |
| v. | ORDER |
| J. MESA, et al., | |
| Defendants. | |

During the entire week of June 9, 2014, the Eastern District of California, Fresno and Sacramento Divisions, is hosting Settlement Week, during which volunteer mediators will conduct mediation sessions at no charge to the parties. The instant case has been identified as one potentially appropriate for referral to Settlement Week. There are presently two time slots available for a settlement conference in this matter during Settlement Week, both with the Honorable Dale A. Drozd as mediator: June 10, 2014 and June 11, 2014 at 1:00 p.m. on either day.

Accordingly, IT IS HEREBY ORDERED that the parties meet and confer to determine whether they believe participation in mediation would be beneficial. If all parties believe that participation in mediation would be beneficial, they shall, by Friday, May 16, 2014, so inform

////

////

1

Sujean Park of the Court's Alternative Dispute Resolution (ADR) Division by telephone at (916) 930- 4278 or by email at spark@caed.uscourts.gov.

DATED: May 14, 2014

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE