King Hall Civil Rights Clinic
Carter C. White, SBN 164149
U.C. Davis School of Law
One Shields Avenue, Bldg. TB-30
Davis, CA 95616-8821
Telephone: (530) 752-5440
Fax: (530) 752-5788
ccwhite@ucdavis.edu

Attorney for Plaintiff
Javiad Akhtar

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Javiad Akhtar,                )   No. 2:09-cv-2733-MCE-AC
                              )
    Plaintiff,            )   **ORDER ON STIPULATION**
                              )
  v.                          )
                              )
J. Mesa, et al.,              )
                              )
    Defendants.           )

    Based on the parties' stipulation and good cause appearing, the Scheduling Order (ECF No. 87) is hereby modified so that the Defendants' motion for summary judgment may be heard after September 30, 2014.  The hearing on the motion (ECF No. 108) is hereby reset to Wednesday, October 29, 2014, at 10:00 a.m. before the undersigned.  The deadline for any opposition and reply is reset according to Local Rule 230 (c) and (d).

    IT IS SO ORDERED:
Date: September 4, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1