Carter C. White, State Bar No. 164149
U.C. Davis Civil Rights Clinic
One Shields Avenue, Bldg. TB 30
Davis, CA 95616
Tel: (530) 752-5440
Fax: (530) 752-5788
ccwhite@ucdavis.edu
*Attorney for Plaintiff Javiad Akhtar*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIAD AKHTAR,<br><br>               Plaintiff,<br><br>     v.<br><br>J. MESA, et al.,<br><br>               Defendants. | Case No. 2:09-cv-02733-MCE-AC<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br>(Fed. R. Civ. P. 41(a)(1)(A)(ii)) |

Plaintiff Javiad Akhtar and Defendants J. Mesa and S. Turner, by and through their respective counsel, agree to the dismissal of Plaintiff's action against Defendants Mesa and Turner with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own litigation costs and attorney's fees.

It is so stipulated.

Dated:   October 29, 2014                        */S/ Carter C. White*
                                                                Carter C. White
                                                                *Counsel for Plaintiff Javiad Akhtar*


Dated:   October 29, 2014                        */S/ Diana Esquivel*
                                                                Diana Esquivel
                                                                Deputy Attorney General
                                                                *Counsel for Defendants Mesa and Turner*

1

1 | In accordance with the parties' stipulation, Plaintiff's action against Defendants Mesa and
2 | Turner is dismissed with prejudice. **IT IS SO ORDERED.**

Dated: 10/30/14

The Honorable Allison Claire
United States Magistrate Judge

2

Stip. Voluntary Dismissal [Fed.R.Civ.P. 41(a)(1)(A)(ii)] (2:09-cv-02733-MCE-AC)